UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYTINEE BIRD,<br><br>Plaintiff,<br><br>-v-<br><br>MELISSA AVILES-RAMOS and NEW YORK CITY DEPARTMENT OF EDUCTION,<br><br>Defendants. | 25 Civ. 9494 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' summary judgment motions, Dkts. 17, 20, and supporting materials. As relevant here, the memorandum of law submitted in support of Plaintiff's motion for summary judgment describes attorneys Lisa Eastwood and Erik Seidel as "departed personnel" of the law firm representing Plaintiff, Dkt. 17, Exh. 1 at 7, and states that "the record contains no finding that the [IHO's February 25, 2025 decision] was [physically] mailed [to Plaintiff and] no finding that [Plaintiff] opted to receive [that decision] electronically instead of by mail," *id.* at 1. By August 3, 2026, Plaintiff must submit a sworn affidavit, along with any supporting exhibits, stating if Lisa Eastwood and Erik Seidel are no longer employed by the Liberty & Freedom Legal Group, the Brain Injury Rights Group, or any other firm associated with Patrick Donohue or the representation of Plaintiff, and, if so, provide when the date of such employment ended. Plaintiff's affidavit must also provide proof, if any exists, that the IHO's February 25, 2025 decision was not physically mailed to Plaintiff or that Plaintiff did not opt to receive that decision electronically.

SO ORDERED.

Dated: July 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge