UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD.,

Plaintiff,

-against-

MELISSA AVILÉS-RAMOS AND NEW YORK CITY DEPARTMENT OF EDUCATION.,

Defendants.

25 CIVIL 09494 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 20, 2026, Birds motion for summary judgment is denied, and Defendants' cross-motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
August 21, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**